**STATE of Missouri, Respondent,**

v.

**Sterling W. CHAMPION, Appellant.**

**WD 78414**

Missouri Court of Appeals, Western District.

FILED: October 11, 2016

Shaun Mackelprang, Jefferson City, for respondent.

Natalie T. Hull, Kansas City, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Alok Ahuja and Cynthia L. Martin, Judges

**ORDER**

## PER CURIAM

Sterling Champion challenges the sufficiency of the evidence to support his conviction for first-degree forcible sodomy. Upon review of the briefs and the record, we find no error and affirm the conviction. Because a published opinion would serve no jurisprudential purpose, we have provided the parties with a Memorandum explaining the reason for our decision.

AFFIRMED. Rule 30.25(b).